**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Dacoby Donsha McDOWELL,
Defendant–Appellant.**

**No. 03–51426
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 10, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Justin W. Low, Law Offices of Justin Low, Odessa, TX, for Defendant–Appellant.

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Dacoby Donsha McDowell has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record, counsel's brief, and McDowell's response shows that there are no nonfrivolous issues for appeal. The record is insufficiently developed to allow consideration on direct appeal of McDowell's apparent claims of ineffective assistance of counsel. *See United States v. Higdon*, 832 F.2d 312, 313–14 (5th Cir. 1987). Accordingly, without prejudice to McDowell's right to file a motion pursuant to 28 U.S.C. § 2255, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2. McDowell's request for new appointed counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.